UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN R F KERN, JR.,<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>JAMES DZURENDA et al.,<br><br>　　　　　　　Defendants | Case No.  2:19-cv-00721-RFB-DJA<br><br>ORDER |

　　　　Plaintiff has filed a motion to amend his complaint to list Brian Williams and Officer Bradburn as defendants in the case.[1]  (ECF No. 8).  Defendants have filed a motion to extend the stay for another 90 days.  (ECF No. 12).

　　　　The Court denies the motion to list new defendants in the case (ECF No. 8) without prejudice.  The screening order demonstrates that Officer Bradburn is already a defendant in the case and that claims are proceeding against him.  (*See* ECF No. 9 at 6). The Court denies the motion to list Brian Williams as a defendant in the case because there are no allegations in the complaint against him.  (*See* ECF No. 10).

　　　　The Court grants the motion to extend the stay (ECF No. 12) in part.  The Court extends the stay until two days after the inmate early mediation conference takes place. The status report is also due on that date.  During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

　　　　For the foregoing reasons, it is ordered that the motion to amend (ECF No. 8) is denied without prejudice.

　　　　It is further ordered that the stay is extended until two days after the inmate early mediation conference.

---

[1] Plaintiff seeks to simply add these individuals as defendants in name only but does not seek to bring any new allegations against them.  (ECF No. 8).

It is further ordered that the Office of the Attorney General will file the report form regarding the results of the stay two days after the inmate early mediation conference.

DATED THIS 30th day of June 2020.

_____
UNITED STATES MAGISTRATE JUDGE