UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEPHEN R.F. KERN, JR.,

    Plaintiff,

v.

JAMES DZURENDA, et al.,

    Defendants.

Case No. 2:19-cv-00721-RFB-DJA

**ORDER TO PRODUCE FOR VIDEOCONFERENCE/ TELECONFERENCE GEORGE L. VONTRESS #96499**

TO:     CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **Stephen R.F. Kern Jr., 66648**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **Stephen R.F. Kern Jr., 66648,** on or about Friday, March 4, 2022, at the hour of 9:30 AM, for a **videoconference** hearing by zoomgov technology, plaintiff by teleconference in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **Stephen R.F. Kern Jr., 66648,** is released and discharged by the said Court; and that **Stephen R.F. Kern Jr., 66648**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this <u>28th</u> day of February, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**